IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION | Case No. 3:25-md-3140 |
| This Document Relates to: Jennifer Davis v. Pfizer Inc. et al., No. 3:26-cv-4321 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that MaryAnne M. Hamilton, of Miller Law Group, PLLC, hereby enters her appearance as counsel for Plaintiff Jennifer Davis in the above-captioned matter.

Respectfully submitted this 19th day of June 2026.

MILLER LAW GROUP, PLLC

By: /s/ MaryAnne M. Hamilton
MaryAnne M. Hamilton
N.C. Bar No. 59323
Post Office Box 6340
Raleigh, NC 27628
T: (919) 348-4361
F: (919) 729-2953
maryanne@millerlawgroupnc.com