IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: DEPO-PROVERA (DEPOT MEDROXYPROGESTERONE ACETATE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Jennifer Davis v. Pfizer Inc. et al., No. 3:26-cv-4321 | Case No. 3:25-md-3140<br><br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that W. Stacy Miller II, of Miller Law Group, PLLC, hereby enters her appearance as counsel for Plaintiff Jennifer Davis in the above-captioned matter.

Respectfully submitted this 19th day of June 2026.

MILLER LAW GROUP, PLLC

By: /s/ W. Stacy Miller II
W. Stacy Miller II
N.C. Bar No. 21198
Post Office Box 6340
Raleigh, NC 27628
T: (919) 348-4361
F: (919) 729-2953
stacy@millerlawgroupnc.com